Charles Locke, Appellant, v. Floyd Gibbons, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [164 Misc. 877. See, also, *Locke* v. *Benton & Bowles, Inc.*, 253 App. Div. 369, revg. 165 Misc. 631.]

Mae Kostinec, as Administratrix, etc., of William Kostinec, Deceased, Appellant, v. 313–321 West 37th Street Corp., Impleaded, etc., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (February 25, 1938.)

Victor Zeoli, Respondent, and Nicola Zeoli, Plaintiff, v. New York Central Railroad Company and Others, Appellants, Impleaded with Others, Defendants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

David Leavenworth, as Receiver of All the Assets, Effects and Property of Calvin Morris Corporation, Respondent, v. Lyleson Corporation, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

John P. Griffith and Martin Griffith, as Executors, etc., of John Griffith, Deceased, Appellants, v. Maryland State Fair, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Mark Berman, Defendant, Impleaded with Diana Specialty Company, Inc., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of Carrie Henle, Deceased. Stephen S. Henle, Executor, Appellant; Milton M. Silverman & Sons, Inc., Petitioner, Respondent.— Order unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Adam Ruckdeschel, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The City of New York, Appellant, v. Brooklyn Bus Corporation, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Metropolitan Life Insurance Company, Appellant, v. Louise Marabon Webber, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.